

1818 MARKET STREET   SUITE 3402   PHILADELPHIA, PA 19103
215.988.1453   FAX: 215.754.5184
WWW.PIETRAGALLO.COM

December 10, 2024

**VIA ECF**

The Honorable Mitchell S. Goldberg, Chief Judge
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 17-A
601 Market St.
Philadelphia, PA 19106-1797

Re:   *Harrell v. Sabatina, et al.*, No. 2:24-cv-05821-MSG (Judge M. Goldberg)
      *Daniels v. City of Philadelphia*, No. 2:24-cv-04718-KBH (Judge K. Hodge)
      *Ewing v. City of Philadelphia,* No. 2:24-cv-05501-JS (Judge J. Sánchez)
      *Graham v. City of Philadelphia*, 2:24-cv-06086-KBH (Judge K. Hodge)

Dear Chief Judge Goldberg:

Undersigned counsel collectively represents all the Plaintiffs and Defendants in the above-captioned cases. As discussed on our phone call with the Your Honor in the *Harrell* matter on December 5, 2024, the parties in the four above-captioned cases agree that *Harrell* and *Ewing* should be designated as related to *Daniels* (*Graham* is already designated as related to *Daniels*).

By way of background, *Daniels v. City of Philadelphia*, No. 2:24-cv-04718-KBH was filed on September 6, 2024 and was assigned to Judge Kelley B. Hodge. After *Daniels*, three other cases were filed: *Ewing v. City of Philadelphia et al.*, No. 24-cv-05501-JS (pending before Judge Juan R. Sánchez), which was not designated as related; *Harrell v. City of Philadelphia, et al.*, No. 2:24-cv-05821-MSG (pending before Your Honor), which was not designated as related; and *Graham v. City of Philadelphia, et al.*, No. 2:24-cv-06086-KBH (pending before Judge Kelley B. Hodge), which was designated as related.

These four cases concern the terminations of certain employees of the City of Philadelphia's Register of Wills office. *See generally* Complaints (Dkt. 1 on each docket). The terminations are alleged to have occurred shortly after Defendant John Sabatina became the City of Philadelphia's new Register of Wills in early January 2024. *Id.* In general, the Plaintiffs allege, among other things, that upon taking office, Mr. Sabatina terminated those who did not politically support him.

Accordingly, the later-filed cases involve transactions or occurrences which are the subject of the earlier-filed *Daniels* matter. *See* L.R. 40.1(IV)(a)(ii) (later-filed cases may be deemed related if they "involve a transaction or occurrence which was the subject of an earlier numbered suit"). As such, both *Ewing* and *Harrell* should, like *Graham*, be designated as related to the first-filed *Daniels* matter. Not only is that in accordance with this Court's Local Rules, it will allow the cases to each be overseen by a single jurist, preserving judicial resources. The parties therefore request that the Court designate *Harrell* and *Ewing* as related to *Daniels*.

During the call last week, the Court also raised the issue of mediating the cases before Judge Paul Diamond. While these four cases are still in their infancy and the parties are not yet in agreement to mediate them, if mediation appears viable, the Parties request that Judge Diamond serve as mediator.

NEW JERSEY          OHIO          PENNSYLVANIA          WEST VIRGINIA

December 10, 2024
Page 2

Thank you.

Respectfully Submitted,

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

*/s/ Alexander M. Owens*
Gaetan J. Alfano, Esq.
Michael A. Morse, Esq.
Alexander M. Owens, Esq.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
*gja@pietragallo.com*
*mam@pietragallo.com*
*amo@pietragallo.com*
Tel: 215-988-1427
*Attorneys for Defendants City of Philadelphia and John P. Sabatina*

**CREECH & CREECH, LLC**

*/s/ Timothy P. Creech*
Timothy P. Creech, Esq.
1835 Market St., Ste. 2710
Philadelphia, PA 19103
*timothy@creechandcreech.com*
Tel: 215-575-7611
*Attorney for Plaintiffs in the Daniels, Ewing, and Harrell matters*

**Law Office of Alice W. Ballard P.C.**

*/s/ Alice W. Ballard*
Alice W. Ballard, Esq.
Law Office of Alice W. Ballard P.C.
2911 W. School House Lane, Apt. LE22
Philadelphia, PA 19144
*awballard@awballard.com*
Tel: 215-893-9990

*and*

Jonathan Bernstein, Esq.
21-8 Yardley Road
Yardley, PA 19067
*jb@lijblaw.com*
Tel: 215-493-1980
*Attorneys for Plaintiff Stephanie Graham*

Date: December 10, 2024

*11182399*