IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IAN EWING,
    Plaintiff,

       v.

CITY OF PHILADELPHIA
(REGISTER OF WILLS), *et al.*,
    Defendants.

:
:
:
:
:
:
:
:
:
:

Civ. No. 24-5501-KBH

## ORDER

**AND NOW**, this 13th day of August, 2025, it is hereby **ORDERED** that an in-person Settlement Conference shall be held on **August 27, 2025, at 2:00 p.m.** in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106. **Plaintiffs and Defendants, or, in the case of a corporate Party, a representative with full authority to settle the case, and any insurance representative must attend <u>in person</u>. Lead Counsel for all Parties shall attend and shall be prepared to discuss settlement in this matter.**

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.