UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN L. EWING, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA (Register of Wills); and JOHN P. SABATINA, *Register of Wills* <br><br> Defendants. | C.A. No.:  2:24-cv-05501-KBH |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the United States District Court for the Eastern District of Pennsylvania, all parties hereby stipulate that the above-captioned matter is dismissed with prejudice, AS TO DEFENDANT JOHN SABATINA ONLY, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this   2nd   Day of    October   , 2025,

/s/ *Timothy P. Creech*
TIMOTHY P. CREECH
CREECH & CREECH LLC
1835 Market St., Suite 2710
Philadelphia, PA 19103
(215) 575-7618; Fax: (215) 575-7688
Timothy@CreechAndCreech.com

*Attorneys for Plaintiffs*

/s/ *Alexander M. Owens*
ALEXANDER M. OWENS
PIETROGALLO, GORDON, ALFANO,
 BOSICK & RASPANI, LLP
1818 Market St., Suite 3402
Philadelphia, PA 19103
(215) 988-1427; Fax: (215) 981-0082
amo@pietragallo.com

*Attorneys for Defendants*

SO ORDERED,

/s/ Hon. Kelley B. Hodge
, J.

Date:  October 2, 2025