UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN L. EWING, | : |
| Plaintiff, | : |
| | : C.A. No.:   2:24-cv-05501-KBH |
| v. | : |
| CITY OF PHILADELPHIA (Register of Wills); and JOHN P. SABATINA, *Register of Wills* | : |
| Defendants. | : |

## JUDGMENT

AND NOW, this 7th day of October, 2025, in accordance with Rule 68 of the Federal Rules of Civil Procedure, and pursuant to the Notice of Acceptance of Offer of Judgment filed by Plaintiff Ian L. Ewing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Ian L. Ewing and against Defendant City of Philadelphia in the amount of Forty Thousand Dollars ($40,000.00), inclusive of all claims for damages, attorney's fees, costs, and interest accrued to date.

SO ORDERED,

/s/ Hon. Kelley B. Hodge
, J.